UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN W. MABRE,

                         Plaintiff,

v.

MONTEGO BAY CASINO,

                         Defendant.

Case No. 3:25-CV-00016-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

      Plaintiff John W. Mabre brings this action against Montego Bay Casino, asserting disability discrimination claims. Before the Court is Mabre's motion to proceed *in forma pauperis* ("IFP") (ECF No. 1) and Magistrate Judge Carla Baldwin's report and recommendation (R&R) (ECF No. 4). The R&R recommends that the Court grant Mabre's IFP application and dismiss his complaint with leave to amend.

      Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

      Judge Baldwin recommends that Mabre's IFP application be granted because he cannot pay the filing fee. (ECF No. 4 at 1–2.) Judge Baldwin next explains that Mabre's complaint appears to relate to disability discrimination but is mostly illegible and does not provide sufficient information to determine what claims he wishes to pursue. (*Id.* at 3–4.) Judge Baldwin recommends dismissing the complaint with leave to amend and explains how Mabre can cure the deficiencies in the complaint. (*Id.*)

1

1    Mabre has not objected to Judge Baldwin's R&R, and his time to do so has
2 now expired. The Court agrees with Judge Baldwin's reasoning and adopts her
3 R&R in full.

**Conclusion**

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 4) is adopted in full.

It is further ordered that Plaintiff's IFP application (ECF No. 1) is granted.

It is further ordered that Plaintiff's complaint (ECF No. 1-1) is dismissed without prejudice and with leave to amend.

DATED: March 26, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE